# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

**ISIAH T. STEVENS,**

**Plaintiff,**

**-vs-**                                                  **Case No.  2:12-cv-00648-FtM-UA-SPC**

**DOLLAR TREE STORES, INC.,**

**Defendants.**

_____

## ORDER

This case is before the Court on the Joint Motion for Approval of Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice (Doc. No. 14) filed January 18, 2013.  The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

1.      That the Report and Recommendation filed January 23, 2013 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.      The Joint Motion for Approval of Confidential Settlement Agreement and to Dismiss Lawsuit with Prejudice (Doc. No. 14) is **GRANTED**.

3.     The Settlement Agreement between Plaintiff and Defendant is **APPROVED** as a fair and reasonable resolution of a bona fide dispute over Fair Labor Standard Act issues.

4.     The case is dismissed with prejudice.

5.     The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 12th day of February, 2013.


_____
JOHN ANTOON II
United States District Judge


Copies furnished to:
United States Magistrate Judge
Counsel of Record